UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-00089-FDW

| CHARLES M. CASSELL, III, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FNU DAWKINS, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's motion to consolidate this case, which he filed *pro se* pursuant to 42 U.S.C. § 1983, with Case No. 5:14-cv-00060 which was dismissed by the Court on April 18, 2014. The appeal from that order of dismissal was dismissed by the United States Court of Appeals for the Fourth Circuit. See Cassell v. Dawkins, 590 Fed. App'x 222 (4th Cir. 2015) (unpublished). Accordingly, Plaintiff's motion to consolidate will be denied.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to consolidate is **DENIED**. (Doc. No. 17).

Signed: March 12, 2015

Frank D. Whitney
Chief United States District Judge